

5-22 CV 0 256 - H

:TITLE:4:U.S.C.S.:-1,-2,-3.

FILED

September 30, 2022

KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

### IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

### FOR THE NORTHERN DISTRICT OF THE STATE OF TEXAS

### AT LUBBOCK

### TITLE:42:U.S.C.S.:1986

### FOR THIS QUO-WARRANTO-COMPLAINT

:Lawrence-Dean: Woolverton.
:203-F.M.-315-SOUTH.
:CHANDLER, TEXAS.75758.
:CLAIMANT:

                              :CORPORATION-CASE-NUMBER:R.R.-564-455-723-U.S.:

Vs.                           :U.S.D.C.-USURY-JOINDER-CASE-NUMBER:

                          :_____:

:J-Blair: Cherry Jr.(JUDGE)
:72ND-DISTRICT-COURT:
:904-BROADWAY.
:LUBBOCK, TEXAS.79401.

:Travis-S: Ware.    (FORMER-D.A.)
:1915-BROADWAY.
:LUBBOCK, TEXAS. 79401

:Philip-A: Wischkaemper.(DEFENCE-ATTORNEY)
:915-TEXAS-AVENUE.
:LUBBOCK, TEXAS.79401

:Brian-E: Murry.    (DEFENCE-ATTORNEY)
:1212-TEXAS-AVENUE.
:LUBBOCK, TEXAS.79401
:VASSALEES:

_____

FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.

## I.
## FOR THIS COMMERCE-CONTRACT

FOR THIS **COMMERCE-CONTRACT** OF THIS **CLAIMANT"S-COMPLAINT** ARE WITH THESE **DUTY-CLAIMS** OF AN AUTHORIZATION WITH THIS CLERK OF THIS **UNITED-STATES-CORPORATION-VESSEL-COURT=(U.S.C.V.C.)** .

:UNITED-NATION: LAW OF THE SEA: CONTRACT-CLAIM-87(a) :NAVIGATION:

:UNITED-NATION: LAW OF THE SEA: CONTRACT-CLAIM-88:PEACEFUL-PURPOSE:

:TITLE:4:U.S.C.S.:-1,-2,-3. WITH THIS FLAG JURISDICTION OF THE U.S.A..

:TITLE:42:U.S.C.S.:1986. FOR THE KNOWLEDGE OF THESE FACTS WITH THIS

QUO-WARRANTO-COMPLAINT.

:CONTRACT-RULES OF THIS CIVIL-CORPORATION: F.R.C.P. RULE-12(b)(7) FOR

THE JOINING: F.R.C.P. RULE-12(b)(6) FOR THE SERVICE-FINDING-FACT WITH

THE COURT; F.R.C.P. RULE-12(b)(5) FOR THE SERVICE OF THE DOCUMENTS/

COMPLAINT WITH THE PARTIES/VASSALEES BY A PROCESS-SERVER OVER-18-YOA

AND NOT A PARTY TO THE COMPLAINT.

:TITLE:46:U.S.C.S.:781:CONTRACT-SALVAGE OF A FICTION-VESSEL.

:TITLE:46:U.S.C.S.:276.LIMITATION OF THE VESSEL-OWNER"S-LIABILITY

:TITLE:46:U.S.C.S.:12122.DOCUMENTATION OF THE VESSELS:(A):CIVIL-

PENALTIES:LIABLE TO THE U.S. FOR $15,000.oo-U.S.-DOLLARS-PER-DAY.

:TITLE:46:U.S.C.S.;12122(B)SEIZER/FOREFITURE OF VESSEL:-(1) OWNER

OF VESSEL FALSIFIES DOCUMENT, OR MARTERIAL FACTS, OR KNOWINGLY

MAKES FALSE-STATEMENT/ OR REPRESENTATION OF A VESSEL. (2). A

CERTIFICATION OF DOCUMENTATION IS KNOWINGLY & FRAUDULENTLY USED

FOR A VESSEL.

---

FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.

:TITLE:18:U.S.C.S.:1001 & 1002:FALSE-STATEMENTS & POSSESSION OF

FALSE-PAPERS TO DE-FRAUD THE UNITED STATES.

:TITLE:18:U.S.C.S.:1342:FOR THE USE OF THE FICTIOUS-NAMES OR ADDRESS"S.

:TITLE:18:U.S.C.S.:1343:FOR THE FRAUD BY THE WIRE, RADIO, OR TV.

:TITLE:18:U.S.C.S:1621:PERJURY OF OATH OR CONTRACT.

:TITLE:18:U.S.C.S.:1359:COLLUSION BY THE RAPE, FORCE, OR BLACKMAIL.

:TITLE:18:U.S.C.S.:1512:TAMPERING WITH A WITNESS, VICTIM, OR INFORCEMENT.

:TITLE:18:U.S.C.S.:241:CONSPIRACY AGAINST THE RIGHTS.

:TITLE:18:U.S.C.S.:242:DEPRIVATION OF RIGHTS UNDER COLOR OF LAW.

:TITLE:18:U.S.C.S.:1201:KIDNAP.

:TITLE:18:U.S.C.S.:1202:RANSOM.

:TITLE:17:U.S.C.S.:1202:COPYRIHT/COPYCLAIM-SAFEGUARDS.

:TITLE:18:U.S.C.S.:636:JURISDICTION, POWERS, AND TEMPOARY-ASSIGNMENT.

:TITLE:18:U.S.C.S.:3:ACCESSORY AFTER THE FACT.

:TITLE:18:U.S.C.S.:4:MISPRISONMENT OF A FELONY.

:TITLE:28:U.S.C.S.:2072-(b):RULES OF PROCDURE AND EVIDENCE.

:TITLE:28:U.S.C.S.:452:COURT IS ALWAYS OPEN.

:TITLE:28:U.S.C.S.:455-(b)(ii)&(d)(1):VOID QUALIFICATION OF A JUDGE.


:F.R.C.P.-RULE:5.0(b)(2)(A)(ii):SERVICE OF A METHOD OF FILE.

:F.R.C.P.-RULE:5.0(e):SERVICE OF A METHOD.

:F.R.C.P.-RULE:9(b):FRAUD OR MISTAKE, CODICTION OF MIND.

:F.R.C.P.-RULE:9(h):ADMIRALTY OR MARITIME-CLAIM.

:F.R.C.P.-RULE:8(a):GENRAL RULES OF A PLEADING.

---

FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.

:F.R.C.P.-RULE:26(e):DIS-CLOSURE AND RESPONCE.

:F.R.C.P.-RULE:44(1):PROVING THE OFFICAL RECORD.

:F.R.C.P.-RULE:60(b)(3) &(b)(4),FINDINGS, FACTS, CLOSURES AND COVERY.

:F.R.C.P-RULE:83(2)(h)(1):AUTHORIZATION OF PERSONAL SERVICE.


**:A TREATISE ON THE LAW OF EVIDENCE IN CRIMINAL ISSUES: By Frances:**

**Wharton,LL.D.(Tenth Ed.By Honorable:O.N. Hilton. (1912). Chapter III;**

**NAMES AND THEIR MEANINGS § 90-102(a). Chapter IV § 532;RECORDS OF BIRTH.**

**:CORPORATION-CASE-NUMBER:R.R.564-455-723-U.S.:**

## II.

### DEFINITIONS

**:BOND:** A certificate, or it is evidence of a **Debt.**

**:CLAIMANT:**  A party with a **contract-claim, or damage.**

**:CORPORATION:** All Cap's name, a fiction person, a dead entity,

also known as a nom de guerre/enemy.

**CONSTRUCTIVE-TRUST:** Trust created by operation of law against

one who by actual or constructive **fraud**, by duress or by abuse

of confidence, or by commission of wrong, holds legal right to

property which he should not.

**DEFACTO-COURT:** One established, organized, and exercising it's

judicial functions under authority of a statute apparently vaild,

though such statute may be infact **Unconstitutional**, and may be

afterwards so ajudged.

_____

FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.

**:FRAUD:** An intentional preversion of the truth for the purpose of inducing another in reliance upon it to part with some valuable thing belonging to him, or to surrender a legal title. Also ,a fasle representation of a matter of fact, whether by words or conduct, by false or misleading allegations, or by concealment of that which should have been disclosed, which decives and is intended to decive another so that he will act upon his legal injury. **Anything** calculated to deceive, whether by a single act or combination, or by supression of the truth, or suggestion of what is false.

**:MARTIAL-LAW:=(MARSHAL):** The law applied in occupied territory by a military authority occuping power. (2) The law adminstered by military forces that invoked by a government in an emergency when civil law enforcement agencies are unable to maintain public order and safty.

**"STATE-CAUSE-NUMBER/CORPORATION-CASE-NUMBE:94-419,553:** Is a constructive-trust-account for the benefit of the name-vassalees within this Quo-Warranto-Complaint and for the benefit of the The county of Lubbock, Texas, and THE STATE OF TEXAS.

**:SURETY:** One whom becomes responsible for a third-party, A person who is primarily liable for the payment of a debt or preformance of a obligation of another.

**:VASSALEE:** A party to the complaint, also known as a defendent.

---

FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.

## III.

## **FOR THIS CAUSE OF THIS COMPLAINT**

1.     On the 5th day of December,1994, at the 72nd district court, at the county of Lubbock, Texas, The **CLAIMANT**:Lawrence-Dean: Woolverton **is given martial due procees** in the STATE-CAUSE-NUMBER/ CORPORATION-CASE-NUMBER:94-419,553 by these officers of the court, DISTRICT-JUDGE:J-Blair: Cherry Jr., CHIEF-D.A.:Travis-S: Ware, and the DEFENCE-ATTORNEY"S:Philip-A: Wischkaemper and Brian-E: Murry in violation of this CLAIMANT:Lawrence-Dean: Woolverton's Fourth, Fifth, Sixth, Seventh, Thirteenth, and Fourteenth Amendment rights, protected under the Federal Constitution and laws of the United States of America.

## IV.

## **NOTICE OF STATUS**

2.     On the 6th day of June,2021, at :1:39:P.M. by means of U.S.-P.S. Priority-Mail-Express-Tracking-Number:E.J.-880-444-016-U.S., this CLAIMANT:Lawrence-Dean: Woolverton files with the CLERK"S OFFICE for the District Court of The United States of America, For the Northern District of The States of Texas, at Amarillo, under **Register-Identification-Number:R.E.-436-180-455-U.S.,** the Notice of Status of Federal Citizenship, the Live Life Birth Record Number:142-60-004151, the F.R.C.P. Rule 7.1§§2., Corporate Disclosure Non Governmental, the Declaration of 14th Amendment Citizenship, and the Affidavit of Truth of Federal Citizenship.

---

FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.

3.    On this same day, 6th of June,2021, this CLAIMANT:Lawrence-Dean: Woolverton is with this claim for the **Notice** of the President of the United States of America by U.S.P.S. Certified-Mail-Number: 70-2450-0000-5325-2355 with Tracking-Number:9590-9402-6342-0296-7398-30; of the Secretary of Treasury by U.S.P.S. Certified-Mail-Number:7020-2450-0000-5325-2362 with Tracking-Number:9590-9402-6342-0296-7398-47,of the Commissioner of the I.R.S. by U.S.P.S. Certified-Mail-Number:7020-2450-0000--5325-2379 with Tracking-Number:9590-9402-6342-0296-7398-54, and the Govenor of Texas by U.S.P.S. Certified-Mail-Number:7020-2450-0000-5325-2392 with Tracking-Number:9590-9402-6342-0296-7398-61; of this CLAIMANT: Lawrence-Dean: Woolverton's Status as a Federal Citizen of the United States of America.

### V.

### FOR THE RULE

4.    The Fourteeth Amendment **strenuously** maintains that all guarantees of the first eight Amendments to the Federal Constitution of the United States of America became guarantees of privileges and immunities of the **Citizens** of the United States of America, and that **no State** shall make or enforce any law which shall abridge the privileges and immunities of the **Citizens** of the United States of America.

5.    To illustrate the privileges and immunities of the Federal Citizens, it is held that a Citizen of the United States of America is **intitled** to protection against any State action, and may rightfully come to the seat of the Federal Government

FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.

**7.**

to assert any business he has with it. To seek it's protection,
to share in it's offices, and engage in administrating it's
functions. Rights to government sea-ports, to sub-treasuries,
land offices, revenue offices, and **courts of justice in the
States.** To demand the Federal Government to care for, and
protect the Citizens' life, liberty and property in the jurisdiction
of any foreign government. **Crandell V. Nevada, 73 U.S. 35.(1867).**

6.     The Supreme Court in **Yickwo V. Hopkins, 118 U.S. 356.(1886)**
declare that equal protection clause applies to all citizens,
not just Citizens of the United States of America. The Court
held in **Powell V. Alabama, 287 U.S. 45.(1932)** the Fourteenth
Amendment  **guarantee due process of law** is extended to the States.

7.     The privileges and immunities of the Citizens of the United
States of America, are those which arise out of nature and essential
character of national Government. The provisions of it's Constitution
or it's laws and treaties made in pursuance thereof, and it is
there which are placed under the protection of the Congress,
by this clause in the Fourteenth Amendment. To the State Government
it says; Let there be no law made or enforced to diminsh one of
the privileges of **"We the People"** of the United States of America;
Nor law to deprive them of their life, liberty, property, or
protection without a trial. State laws must be so framed as to
secure life, liberty, and property from arbitray violation,
and secure protection to all. **Slaughter-House-Cases, 38 U.S. 36.(1872).**

---

FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.

8.    In the United States of America, **"the People"** are soverign,
and the Government **cannot sever** it's relationship to **"the People"**
by taking away their Citieznship. Our Federal Constitution **governs**
**us**, and we must never forget that Our Constitution limits the
Government to those powers specifically granted or those that
are necessary and proper to carry out the specifically granted
ones. The Constitution of course, grants Congress no express
power to strip **"the People"** of their Citizenship. All persons
born or, naturalized in the United States of America, are Citizens
of the United States of America. Once aquired, this Fourteenth
Amendment Citizenship is not to be shifted, cancelled, ordiluted
at the will of the Federal Government, the State government, or
any government unit. **Afroyim V. Rusk, 387 U.S. 253.(1967).**


## VI.
## <u>FEDERAL CONSTITUTIONAL VIOLATIONS</u>


9.    On the 5th day of December,1994, at the 72nd district court,
at Lubbock county, Texas, these officers of the 72nd district
court, in STATE-CAUSE-NUMBER/CORPORATION-CASE-NUMBER:94-419,553,
DISTRICT-JUDGE:J-Blair: Cherry Jr. ,CHIEF-D.A.:Travis-S: Ware,
and DEFENCE_ATTORNEYS:Philip-A: Wischkaemper and Brian-E: Murry,
**acts knowingly and wilfully to deprive** this CLAIMANT:**Lawrence-**
**Dean: Woolverton** of his guaranteed Constitutional right of **Civilian**
**Due process of the law and equal protection of the law**, protected

---

under the Fourth, Fifth, Sixth, Seventh, Thirteenth, and Fourteenth
Amendments to the Federal Constitution of the United States of
America.

## VII.

### **VIOLATIONS OF THE 4th, 5th, AND 13th AMENDMENTS**

10.    These VASSALEE"S:DISTRICT-JUDGE:J-Blair: Cherry Jr, CHIEF-
D.A.:Travis-S: Ware, and DEFENCE-ATTORNEY"S:Philip-A: Wischkaemper,
and Brian-E: Murry, have legal duty and obligation in their **sworn
written Oath or Affirmation** as described in **Article VI § III**
of the Federal Constitution, to uphold the Federal Constitution
of the United States of America. These VASSALL"s **Swore** to prevent,
or correct any act or ommission that would violate any rights of
this CLAIMANT:Lawrence-Dean: Woolverton.

11.    On the 5th day of December,1994, at the 72nd district court,
in the STATE-CAUSE-NUMBER/CORPORATION-CASE-NUMBER:94-419,553,
These VASSALEE"s are with the wilful intent of violating this
CLAIMANT's 4th Amendment right by failing to file their oath or
affirmation into this STATE-CAUSE-NUMBER/CORPORATION-CASE-NUMBER:
94-419,553, and a violation of Federal laws and the Constitution
of the United States of America.

---

FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.

12.  On the 5th day of December,1994, at the 72nd district court,
at Lubbock County, Texas. This CHIEF-D.A.:Travis-S: Ware presents
in the indictment in the STATE-CAUSE-NUMBER/CORPORATION-CASE-
NUMBER:94-419,555, the **ALL CAP"S NAME OF THE CORPORATION LAWRENCE
DEAN WOOLVERTON,** a fictious-name, a dead-entity, a nom-de-guerre,
**in violation of this CLAIMANT**:Lawrence-Dean: Woolverton's **4th
Amendment right, protected under the Federal laws and Constitution
of the United States of America.** See EXHIBT"S-(1) &(2a-2c)

13.    This CLAIMANT:Lawrence-Dean: Woolverton, **is not a name-party in
intrest in the** STATE-CAUSE-NUMBER/CORPORATION-CASE-NUMBER:94-
419,553, **nor** is this CLAIMANT:Lawrence-Dean: Woolverton, **a real-party
in intrest, not a subsitute-party of record, or a proper-party
to any other pleadings with the CHIEF-D.A.!s actions.**

14.    The CHIEF-D.A.:Travis-S: Ware, **knowingly and wilfully neglected
to lawfully join** this CLAIMANT:Lawrence-Dean: Woolverton, with any
of the CHIEF-D.A.'s actions. **aviolation of F.R.C.P. Rule 12(b)(7)
&(19), and F.R.C.P. Rule 17(a), 10(a) & 7(a).** Wherefore, this
CLAIMANT:Lawrence-Dean: Woolverton is being **unlawfullu-compeled
to involuntarily participate, in violation of the 13th Amendment.**

15.    The DISTRICT-JUDGE:J-Blair: Cherry Jr., **did not aquire law
subject-matter-jurisdiction** over this CLAIMANT:Lawrence-Dean:
Woolverton, in violation of F.R.C.P. Rule 12(b)(1) & 12(b)(2)
and the 4th and 5th amendments to the Federal Constitution.

---

FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.

Wherefore, the CHIEF-D.A.:Travis-S: Ware and DISTRICT-JUDGE:
J-Blair: Cherry Jr., are in violation of this CLAIMANT:Lawrence-
Dean: Woolverton's **4th** & **5th** Amendment, protected under the Federal
laws and the Constitution of the United States of America.

16.    The law recognizes but one christian or baptismal name.
In **a treatise on the Law of evidence in criminal issues; Ch.
III. NAMES AND THEIR MEANINGS, § 99, names, pg. 293, and Ch.
III. § 95a;AVERMENT OF CORPORATIONS NAMES, CRIMINAL PROCEEDINGS,
pg. 288, reads;** the name of a corporation **must** be accuartely
avered.

17.    The Supreme Court in **Hale V. Hinkle, 201 U.S. 43.(1906)**,
held that a Citizen of the United States of America is Seperate
from a corporation and carries rights soley ment for the human-
being, flesh and blood man. The fact that a Citizen as described
in **"We the People"** of the Federal Constitution is **superior** to
the State created corporation of the all caps name, or any
corporate name.

<u>**LEGAL MAXIMUM**</u>

Nome non sufficit, si res non sit dejure aut defacto; A name
does not suffic if the thing does not exist by law or fact.

---

FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.

## VIII.

### <u>VIOLATION OF THE 6th AMENDMENT</u>

18.     The Sixth Amendment guarantees that; In all criminal prosecutions, the accused shall have the assistance of Counsel for his defence.

19.     On the 5th day of December,1994, at the 72nd district court at the County of Lubbock, Texas, in the STATE-CAUSE-NUMBER/ CORPORATION-CASE-NUMBER:94-419,553, the DEFENCE-ATTONREY"S: Philip-A: Wischkaemper and Brian-E: Murry **knowingly and wilfully neglected to immediatly file a F.R.C.P. Rule 12(b),a plea in abatement and challenge** the CHIEF-D.A."s **indictment with the ALL CAP"S Name.**

20.     In **a treatise on law of evidence in criminal issues;** Ch. III. **<u>NAMES AND THEIR MEANINGS:</u>** at § 99.<u>**NAMES**</u>, pg.293 reads; The law recognizes but one christian  or baptismal name. At **§ 93a;** **A <u>NAME:</u> <u>DEFINITIONS:</u>** a name is that designation of the person or thing which, produced to the eye, or the ear, calls before the mind the person or thing so clearly as to identify such a person or thing from all other of the same class. Therefore, the mere words;**LAWRENCE DEAN WOOLVERTON: would not call mind any individual.**

---

FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.

21.    In **a treatise on law of evidence in criminal isues; Ch.
x § 532**, reads; where, however that a staute provides that a
birth shall be registered, then the registry is prima facia
proof of the birth and it's date. Wherefore, on the 2nd day
of Juen,2021, by the U.S.P.S.-Priority-Mail-Express-Tracking-
Number:E.J.-880-444-016-U.S., The CLERK of the District Court
of the United States of America, For the Northern District of
the State of Texas,at Amarillo, have recieved the Notice of
Status, **:REGISTER-IDENTIFICATION-NUMBER:R.E.-436-180-455-U.S.**
with the **Live Life Birth Record Number:142-60-004151**; **prima
facia proof** This CLAIMANT:Lawrence-Dean: Woolverton **is indeed
a live human-being,flesh and blood man** and not that of a corporation
as described in **Trustees of Dartmouth College V. Woodward,17-
U.S.(4 Wheat) 518,(1819),** and in **Bank of United States V. Deveaux,
5 Crunch 61,(1806).** Here the Supreme Court describes a **corporation**
as an **invisible, intangible, and artificial being,** which is
certainly not a Citizen. The term Citizen ought to be understood
as it is used in the Constitution of the United States of America
and in other laws that describe the **"Real Person"** that comes
to court.

## LEGAL MAXIMUM

Nome est quasi rei natamen: A name is, as it were, the dis-
tinctive sign (sigifer) of a thing.

---

FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.

22.    In a treatise on law of evidence in criminal issues; Ch.
III § 90a.**:MATERIAL VARIANCE AT LAW:** Variance in criminal law is
not regarded as material, **unless** it is of such  substantive
character as to **mistlead the accused** in prepairing his defence,
or places him in a second jeopardy for the same offense.


23.    At Ch. III § 93a; **A NAME: DEFINITIONS**; A name is that designation
of a person or thing which, produced to the eye, or the ear,
calls before the mind the person or thing so clearly as to
identify such a person or thing from all other of the same class.
Therefore, the mere words;**LAWRENCE DEAN WOOLVERTON:** would not
call to mind any individual. At § 94.**:NAMES MUST BE PROVED AVERED;**
An error of the name of the indictment can only be taken advantage
of by a plea in abatement. At § 95a.**:AVERMENT OF CORPORATION-
NAMES: CRIMINAL PROCEEDINGS**: Page 288 reads; that the name of
a corporation must be accuartely avered. Therefore, there is
**Variance, a false descrption of a person;this CLAIMANT:Lawrence-
Dean: Woolverton,** where such description is essential, **constitutes
a fatal variance. See Ch. III. § 101.:DESCRITION OF PERSON.**
At § 102a.**:NAMES: ACCUARTE AVERMENT, RULES AT COMMON LAW:**
States; as it is **only** through the use of **his correct name;
Lawrence-Dean: Woolverton,** that the CLAIMANT:Lawrence-Dean:
Woolverton **can enforce his legal rights,** or be compelled to
answer to his legal obligations so in the more important matters

---

involving his life, or personal liberty, this CLAIMANT:**Lawrence-Dean: Woolverton has the right to insist that he be charged by this name**;Lawrence-Dean: Woolverton. In all preliminary proceedings this is essential, and so grave a instrument as a indictment or a criminal information by which he is charged as a violator of the laws, **it is his right to be correctly designated.**

24.   In the **TEXAS CODE OF PROFESSIONAL CONDUCT** provides; an ATTORNEY **shall not represent a client if** the representation of the client may be materially limited by the ATTONEY"s resposibilities to another client, or third party,or by the ATTORNEY"s own intrest **unless**, the client, consents in writing after **consulation and full disclosure of material facts.** In the STATE-CAUSE-NUMBER/CORPORATION-CASE-NUMBER:94-419,553, **neither DEFENCE-ATTORNEY"S**:Philip-A: Wischkaemper or Brian-E: Murry

inform this CLAIMANT: Lawrence-Dean: Woolverton that the CLAIMANT: Lawrence-Dean: Woolverton **would not be recieving any protection afforded him**  under the Federal Constitution and laws of the United States of America, and that these DEFENCE-ATTORNEYS can **only represent the Corporation,ie, ALL CAP"S NAME. United States  V. Minker, 350 U.S.179,ar 187.(1956).**

## IX.

## <u>VIOLATION OF THE 7th AMENDMENT</u>

25.    In Suits in Common Law, where the value in controversy shall

exceed tweenty dollars, the right to trial by juryshall be

preserved, and no fact tried by jury, shall be otherwise

re--examined in any Court of the United States, than according

to the rule of common law.


26.    On the 5th day of December,1994 at the 72nd district court,

at Lubbock County, Texas, These VASSALEE"s DISTRICT-JUDGE:J-

Blair: Cherry Jr., CHIEF-D.A.:Travis-S: Ware and DEFENCE-ATTORNEYS:

Philip-A: Wischkaemper and Brian-E: Murry, in STATE-CAUSE-NUMBER/

CORPORATION-CASE-NUMBER:94-419,553, **Knowingly and wilfully acts**

in a manner that violates this CLAIMANT:Lawrence-Dean: Woolverton's

7th Amendment right protected under the Federal Constitution

and laws of the United States of America, by **giving this**

**CLAIMANT:**Lawrence-Dean: Woolverton, **martial due process at**

**a Defacto Court.**


27.    The Justices in **F.R.C.  Vs. G.E., 281 U.S. 461.(1789)**,

maintain there are no judical court in America, **only** executive

administrators to enforce statutes and codes.  The court in

**Fehl V. Jackson County, In re wil of Pitcock, 102 Or. 159,**at

**199. 2020.P.216,17A.L.R. 218,(1898),** state that due to the U.S. Bankruptcy, there have been no Constitutional courts.

## X.

## FOR THE SECOND RULE

28.    The CHIEF-D.A.:Travis-S: Ware's actions is brought under venue jurisdiction of the Federal United States by making his declaration for determination of probable cause under declaration of penalty of purjury. Under Public law 94-550 § 1(a), October-18, 1976, 90 Stat. 2534.[codified in Title 28 § 1746 (2)]. Documents executed within the Federal United States, it's Territories, possessions, or Commonwelths be made under the penalty of purjury. The **declaration given** by the CHIEF-D.A.: Travis-S: Ware, gives rise of the possibility that in reality, it is a Federal action.

29.    The **issue of venue** is further obscured by the fact that the "Flag of the United States of America and the Flag of the State of Texas shall be prominetly installed, displayed and maintained in schools, all government buildings, and in the courtrooms. The appearance of the Flag of the United States of America is described in TITLE:4:U.S.C. § 1 & 2. The Official State Flag of Texas is describe in Public law-560. No.373.

---

FOR THIS COPYRIGHT-COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.

30.    The **Executive Order:10834**, signed into effect by President
Dwight D. Eisenhower, August 21, 1959, at Federal Registry 6865.
Reads; the Flag is **trimed in yelow fringe on three sides, two
and one half inchs wide.** This Flag **is not** to be carried by
anyone other than the **u.s. Army Divisions.** See Army Regulation,
Ch. 840-10. October o1,1979.

31.    The yellow fringe Flag displayed at the 72nd district court,
on the 5th day of December,1994, in STATE-CAUSE-NUMBER/CORPORATION-
CASE-NUMBER:94-419,553, **appears** to be the Flag of the Commandor-
in Chief of the Unjted States Army and Navy, which would make
the 72nd district court a military tribunal within the limited
jurisdiction under the authority of the Federal Government.

32.    In **Ex Parte Milligan, 71 U.S. 2.(1866),**  the Supreme Court
Justices **prohibited** the Government from establishing a Military
Court to try civilians. That neither the President nor Congress
have authority to set up such a court. In **United States Ex Rel
Toth V. Quarles, 350 U.S. 11.(1955),** the Supreme Court holds
this view some "100" years later. In **Reid V. Covet, 354 U.S.
1,(1957),** the Court states, that when government reaches out
to punish a Citizen of the United States, who is abroad, the
shield which the Bill of Rights and other parts of the Federal
Constitution provide to protect one's life, and liberty,

---

FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE LAwrence-Dean: Woolverton.

sould not be striped away just because that person happens to
be in another land.

33.    The issues regarding the nature and cause of actions go to
the parties in intrest, venue, and jurisdiction, starting with
the right of action and cause of action, all issues under the
F.R.C.P. Rule 12(b).  The courts have held time and again, that
a responding party has the right, protected by the Federal
Constitution and laws of the United States of America, to dis-
close by the moving party of the jurisdiction claimed by the
moving party, and the burden is on the moving party.

34.    At **Article VI § 2:Declares** that any and all laws or State
constitutions are **subordinate,** and if found to be in conflict,
are of no force or validity.. Wherefore, any ruling by a court
where jurisdiction is clearly in want, **is void, and without
force or effect.**

35.    Wherefore, these officers of the 72nd district court,
DISTRICT-JUDGE:J-Blair: Cherry Jr., CHIEF-D.A.:Travis-S: Ware,
and DEFENCE-ATTORNEYS:Philip-A: Wischkaemper and Brian-E: Murry,
are in **violation of Article IV § 3 §§ 1,** of the Federal Constitution
of the United States of America, creating a state within a state,
by definition, is the act of commiting constructive treason,
by contempt for the Federal Constitution.

FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.

## XI.

### FRAUD BY DECEPTION

36.    These VASSALLES; The DISTRICT-JUDGE:J-Blair: Cherry Jr.,
The CHIEF-D.A.:Travis-S: Ware, and the DEFENCE-ATTORNEYS;
Philip-A: Wischkaemper and Brian-E: Murry, **acted knowingly
and wilfully** while violating TITLE:18:U.S.C.S.:241CONSPIRACY
AGAINST THE RIGHTS: by conspiring and striping this CLAIMANT:
Lawrence-Dean: Woolverton, of his guaranteed Federal Constitutional
rights on the 5th day of December,1994 at the 72nd district
court, at the Lubbock County, Texas, in the STATE-CAUSE-NUMBER:
94-419,553, by giving this CLAIMANT:Lawrence-Dean: Woolverton,
**martial due process.** These VASSALEE's are in violation of TITLE:
18:U.S.C.S.:1001 & 1002: STATEMENTS OR ENTRIES GENERALLY, AND
POSSESSION OF FALSE PAPERS TO DEFRAUD THE UNITED STATES, by
means of the inditment and judgement sheets in the STATE-CAUSE-
NUMBER/CORPORATION-CASE-NUMBER:94-419,553 with the **ALL CAP"S
NAME:LAWRENCE DEAN WOOLVERTON,** and are further in violation of
TITLE:18:U.S.C.S.:1342:FICTITIOUS NAME OR ADDRESS. See the
**EXHIBITS-(1) indictment,and (2a-2c)sentence and judgement sheet.**

37.    These VASSALEE's knowingly and wilfully violated TITLE:18:
U.S.C.S.:242:DEPRAVATION OF RIGHTS UNDER COLOR OF LAW, upon
**errecting a foreign-jurisdiction with the yellow fringe Flag**

---

FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.

**with no law, code or any disclosure with this** CLAIMANT:Lawrence-
Dean: Woolverton, forthwith, depriving this CLAIMANT of his
guaranteed Federal Constitutional rights. These VASSALEE's
are of the further violation of <u>TITLE:18:U.S.C.S.:3:ACCESSORY-
AFTER THE FACT</u>, for not immediantly notifying a Federal Officer
fo the court of these Federal Constitutional violations against
a Federal Citizen of the United States of America, and are in
violation of <u>TITLE:18:U.S.C.S.:4:MISPRISON OF A FELONY</u>, by the
**concealment of the treason against the Federal Constituion of
the United States of America.**

38.    The Supreme Court in **Boyd V. United States, 116 U.S. 616(1886),**
state;the court is to protect against any encroachment of any
Constitutionally secured liberties. The Court maintains that
the officers of the court have no immunity, when violating a
Constitutional right, from liberty, for they are deemed to
know the law. **Owen V. Independence, 445 U.S. 622.(1980).** The
Court held, when a Judge acts where he or she does not have
jurisdiction to act, the Judge is engaged in an act of Treason.
**Cohens V. Virgina, 19 U.S.(6 Wheat) 264.(1821).** The crime of
betraying a nation or soverign by Overt act, is an act of treason.
**Cramer V. United States, 325 U.S. 1.(1945).** The Constitution
of these United States is the spreme law of the land. Any law
that is repunant to the Constitution is null and viod of law.
**Marbury V. Madison, 5 U.S. 137.(1803).**

---

FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE LAwrence-Dean: Woolverton.

39.      Justice Brandis warned; If Goverment became a law breaker,
         it breeds contempt for law, it invites every man to become a
         law unto himself, it invites anarchy. To declare that in the
         adinistration of criminal law the end justifies the means.......
         would bring terrible retribution against the prenicious doctrine,
         this court should resolutely set it's face.  **Olmstead V. United
         States, 277 U.S. 438.(1928).**


                                  **XII.**

                          **THESE DAMAGE CLAIMS**


40.      The Eighth Amendment guarantees that; **No cruel and unusual
         punishments inflicted.**


41.      This CLAIMANT:Lawrence-Dean: Woolverton, have demonstrated
         through each of these fourty differnt points within this **Quo-
         Warranto-Complaint, CORPORATION-CASE-NUMBER:R.R.-564-445-572-
         U.S.,** each of these VASSALEE"S, DISTRICT-JUDGE:J-Blair: Cherry Jr.,
         **CHIEF=D.A.:Travis=S: Ware and DEFENCE-ATTORNEYS:Philip-A: Wischkaemper**
         and Brian-E: Murry, knowingly and wilfully acted with such
         gross negligence, wherein this CLAIMANT:Lawrence-Dean: Woolverton's,
         Fourth, Fifth, Sixth, Seventh, Thirteenth, and Fourteenth Amendments
         to the Federal Constitution are gravely in violation. A pre-
         determination to commit an act without legal justification

_____

FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.

as malice aforethought. This CLAIMANT:Lawrence-Dean: Woolverton, **continues suffering excessive harm** by the **unlawful, and wrongful act of the arrest, conviction, sentence, and false imprisonment** in the STATE-CAUSE-NUMBER/CORPORATION-CASE-NUMBER:94-419,553, due to the **fraudulent-concealment** of these VASSALEE's with the making this CLAIMANT:Lawrence-Dean: Woolverton, a **surety** for the **bond** with the **corporation-name:LAWRENCE DEAN WOOLVERTON, FOR THE (99)-YEARS** in the STATE-CAUSE-NUMBER/CORPORATION-CASE-NUMBER:94-419,553.

42.    The Supreme Court in **Anderson V. Creighton, 102 S.Ct. 3034, (1987),** held, that when government officials abuse their offices, actions for damages may offer the only realistic avenue for vindication.

43.    On the 7th day of October,2005, This CLAIMANT:Lawrence-Dean: Woolverton, is with the claim with the filing of the <u>TITLE:42: U.S.C.S.:1983</u> with the **<u>corporation-case-number:R.R.-960-689-627-U.S.,</u>** with the **<u>U.S.D.C.-USURY-JOINDER-CASE-NUMBER:2-05CV-276-J,</u>** in the **STATE-CAUSE-NUMBER/CORPORATION-CASE-NUMER:94-419, 553,** at the District-Court of the United States:of America, for the **Northern District of the State of Texas, At Amarillo,** and on the 9th day of July,2007, this CLAIMANT:Lawrence-Dean: Woolverton and the SENIOR-DISTRICT-JUDGE; The **Honorable:Mary-Lou: Robinson, settled the damage-claim in the civil-claim,**

---

FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.

<u>WITH THE COVERY-LOSS WITH THE MONETARY-CLAIM OF THE $11,006,235.oo-</u>
<u>U.S.-DOLLARS WITH THE VALUE-CLAIM OF THE $2,362.35-U.S.-DOLLARS-</u>
<u>PER-DAY FOR THE LOSS OF THE [4,659]-DAYS/JAIL/PRISON WITH THE</u>
<u>EQUAL-VALUE CLAIM OF THE-3.46-TROY-OUNCES-.999-FINE-GOLD-PER-</u>
<u>DAY,AT THE VALUE-RATE-CLAIM OF $649.oo-U.S.-DOLLAR-PER-TROY-</u>
<u>OUNCE-.999-FINE-GOLD,IN THE STATE-CAUSE-NUMBR/CORPORATION-</u>
<u>CASE-NUMBER:94-419,553,</u>

## XIII.

### FOR THE CONCLUSION

44.    In **Wainright V. Sykes, 433 U.S. 72, at 79.(1977),** Chief
Justice Rehnquist explained by interpreting the concept of
jurisditional defect with generosity to include sentences
without statutory authority, **Ex Parte Lange, 18 Wall. 116.**
**176.(1874),** and conviction obtained under **unconstitutional**
**statute, Ex Parte Siebold, 100 U.S. 371, at 376.(1880),** that
a Constitutional error resulting in imposition of an **unauthorized**
**conviction and sentence** follows that the defendent is a victim
of miscarriage of justice and is **entitled to immediate and**
**unconditional release.**

---

FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.

## XIV.

## __DEMAND FOR RELIEF__

45.    For this District Court of the United States of America, for the Northern District of the State of Texas, at Lubbock, have lawful, subject matter jurisdiction over this Quo-Warranto-Complaint with the CORPORATION-CASE-NUMBER:R.R.-564-455-723-U.S., and personal jurisdiction and venue over this CLAIMANT:Lawrence-Dean: Woolverton.

46.    This CLAIMANT:Lawrence-Dean: Woolverton, have carefully demonstrated how each of his Federal protected Constitutional rights are being violated by these VASSALEES; DISTRICT-JUDGE: J-Blair: Cherry Jr., CHIEF-D.A.:Travis-S: Ware, and DEFENCE-ATTORNEYS:Philip-A: Wischkaemper and Brian-E: Murry in the STATE-CAUSE-NUMBER/CORPORATION-CASE-NUMBER:94-419,553,at the 72nd district court at Lubbock County, Texas, on the 5th of December,1994. That the **unlawful arrest, conviction, sentence, and imprisonment are all illegal,** and are inviolation of this CLAIMANT:Lawrence-Dean: Woolverton's 4th, 5th, 6th, 7th, 13th, and 14th Amendments rights protected under the Federal laws and the Constitution of the United States of America.

---

FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.

47.    The CLAIMANT:Lawrence-Dean: Woolverton, prays in all things,
that this Honorable:SENIOR-DISTRICT_JUDGE:Sam-R: Cummings find
that the jurisdiction in STATE-CAUSE-NUMBER/CORPORATION-CASE-
NUMBER:94-419,553, **is defective**, that the arrest, conviction,
sentence and imprisonment are **unconstitutional**, that the CLAIMANT:
Lawrence-Dean: Woolverton, **is entitled to immediate and un-
conditional release as the suerty for the bond with the corporation-
name:LAWRENCE DEAN WOOLVERTON** in the STATE_CAUSE-NUMBER/CORPORATION-
CASE-NUMBER:94-419,553, and **forthwith be released of any further
imprisonment and parole** in relation with the STATE-CAUSE-NUMBER/
CORPORATION-CASE-NUMBER:94-419,553, and that this CLAIMANT:
Lawrence-Dean: Woolverton, be payed **in full, the $11,006,235.00-
U.S.-DOLLARS in the CORPORATION-CASE-NUMBER:R.R.-960-689-627-U.S./
U.S.D.C.-USURY-JOINDER-CASE-NUMBER:2-05CV276-J,promptly**.

Respectfully

:**CLAIMANT**:

## XV.
### DECLARATION

48.    All the facts within this Quo-Warranto-Complaint are **true,
correct, and complete** to the best of this CLAIMANT:Lawrence-
Dean: Woolverton's knowledge, and assert each and every statement
in this document as **truth.** I give my seal, under private signature,
as proof, oath and sworn testatment of the fact.

:**Lawrence-Dean: Woolverton**                DATE:September 26,2022

FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.

NO. 24  419553

94-800,257

THE STATE OF TEXAS
VS.
LAWRENCE DEAN WOOLVERTON

PID: 29523          DOB: 1/07/60
Felony Charge: AGGRAVATED KIDNAPPING
District Court No:

Bail: $100,000.00
Date Prepared: 10/31/94
Ref#: 444252
Agency/Rpt#: TTPD / 94-1087
Arrest Date: 09/12/94
Prior Cause No: 94-419,361

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of the District Court of Lubbock County, Texas, presents in and to said Court that in Lubbock County, Texas, LAWRENCE DEAN WOOLVERTON, hereafter styled the Defendant, heretofore on or about the 9TH DAY OF SEPTEMBER, 1994, did then and there intentionally abduct TONYA PIERCE without the consent of the said TONYA PIERCE, with intent to prevent the liberation of the said TONYA PIERCE, by secreting and holding the said TONYA PIERCE in a place where the said TONYA PIERCE was not likely to be found, namely 2400 44th, Lubbock, Lubbock County, Texas, and with intent to violate or abuse her sexually;

II.

AND further the said LAWRENCE DEAN WOOLVERTON on or about the 9TH DAY OF SEPTEMBER, 1994 in Lubbock County and State of Texas, did then and there intentionally and knowingly cause the penetration of the mouth of TONYA PIERCE by the defendant's sexual organ, without the consent of the said TONYA PIERCE, and the said LAWRENCE DEAN WOOLVERTON did then and there compel the said TONYA PIERCE to participate by the use of physical force;

AND further the said LAWRENCE DEAN WOOLVERTON on or about the 9TH DAY OF SEPTEMBER, 1994 in Lubbock County and State of Texas, did then and there intentionally and knowingly cause the penetration of the female sexual organ of TONYA PIERCE, by defendant's finger, without the consent of the said TONYA PIERCE, and the said LAWRENCE DEAN WOOLVERTON did then and there compel the said TONYA PIERCE to submit by the use of physical force;

and it is further presented in and to said court, that prior to the commission of the aforesaid offense by the said LAWRENCE DEAN WOOLVERTON, on the 20TH day of July, 1982, in the 99th District Court of Lubbock County, Texas, in cause number 24,262 the said LAWRENCE DEAN WOOLVERTON was convicted of a felony, to-wit: Aggravated Sexual Assault, and said conviction became final prior to the commission of the aforesaid offense;

and it is further presented in and to said court, that prior to the commission of the aforesaid offense by the said LAWRENCE DEAN WOOLVERTON, on the 14th day of May, 1981, in the 140th District Court of Lubbock County, Texas, in cause number 91-413,037, the said LAWRENCE DEAN WOOLVERTON was convicted of a felony, to-wit: Possession with intent to Deliver a Controlled Substance, and said conviction became final prior to the commission of each of the aforesaid offenses;

I, Barbara Sucsy, District Clerk, in and for Lubbock County, Texas, do hereby certify this to be a true and correct copy of a like instrument now on file in this office.

This ___ day of _____ 20 ___
Clerk of District Court, Lubbock County, Texas pg ___

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman of the Grand Jury

PRESENTED THIS 10th DAY OF November, A.D. 1994

**EXHIBIT-(1).**

FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.

28.

THE STATE OF TEXAS
  VS.                                    NO. 94-419553
LAWRENCE DEAN WOOLVERTON

IN THE 72nd DISTRICT
COURT OF
LUBBOCK COUNTY, TEXAS

JUDGMENT ON JURY VERDICT OF GUILTY
PUNISHMENT FIXED BY COURT OR JURY -- NO PROBATION GRANTED

Judge Presiding      : J Blair Cherry          Date of Judgment: 12/08/94
Attorney                                Attorney       Brian Murray
for State            : Travis S. Ware    for Defendant: Phillip Wischkaemper
Offense                 Count II
Convicted of         : Sexual Assault

                                        Date Offense
            Degree   : 2nd               Committed: 09/09/94
Charging
Instrument: Amended Indictment

Plea                 : Not Guilty
Jury Verdict
                     : Guilty            Foreman: Michael Mortensen
Plea to Enhancement    True Par 1        Enhancement
Paragraphs(s)        : True Par 2        Paragraphs(s):two (2)
Findings on Use
of Deadly Weapon     : None
Punishment
Assessed by          : Jury
Date
Sentence Imposed     : 12/08/94                    Costs:$432.50
Punishment and                          Date to:
Place of Confinement: 99 years  TDC      Commence: 12/08/94
                       09/12/94 to      Total Amount of
Time Credited        : the present       Restitution:$-0-
Concurrent Unless Otherwise Specified.

On the 5th day of December, 1994, this cause was called for trial, and
the State appeared by a duly appointed Assistant Criminal District Attorney,
and the defendant appeared in person, in open Court, his counsel also being
present;

And the said defendant having been duly arraigned in open Court, and
having pleaded not guilty to the offense charged, both parties announced
ready for trial; thereupon a jury of good and lawful persons were duly
selected, impaneled and sworn, who having heard the indictment read, and the
defendant's plea of not guilty thereto, and having heard the evidence
submitted, and having been duly charged by the Court, retired in charge of
the proper officer to consider their verdict, and afterward was brought into
open Court the following verdict, which was received by the Court and is
here now entered upon the minutes of the Court, to-wit:

**EXHIBIT-(2a).**
FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.

"We, the jury, find from the evidence beyond a reasonable doubt the defendant is guilty of the offense of sexual assault, as charged in the indictment.

/s/  Michael Thomas Mortensen
Foreman"

A finding of guilty having been returned by the jury and the defendant having requested that the punishment be assessed by the same jury and evidence having been offered by the State and the defendant as to the prior criminal record of the defendant including his general reputation and his character, and the Court having duly charged the jury, the jury retired in charge of the proper officer to consider their verdict, and afterward was brought into open Court by the proper officer, the defendant and his counsel being present, and in due form of law returned into open Court the following verdict, which was received by the Court and is here now entered upon the minutes of the Court, to-wit:

"We, the Jury, having found the defendant, LAWRENCE DEAN WOOLVERTON, guilty of sexual assault as charged in Paragraph One of the indictment; and the defendant having pleaded "true" to the allegations of a prior conviction of aggravated sexual assault in cause number 24,262 in the 99th District Court of Lubbock County, Texas, as set forth in Paragraph Two of the indictment; and, further, the defendant having pleaded "true" to the allegations of a prior conviction of possession with intent to deliver a controlled substance in cause number 91-413,037 in the 140th District Court of Lubbock County, Texas, as alleged in Paragraph Three of the indictment; we assess his punishment at confinement in the Institutional Division of the Texas Department of Criminal Justice for Ninety-Nine (99) years.

/s/  Michael Thomas Mortensen
Foreman"

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED by the Court that the defendant is guilty of the offense of **Sexual Assault**, a **Second-degree** felony, committed on **September 9, 1994**, as found by the jury, and further that the defendant has been previously duly and legally convicted of **Aggravated Sexual Assault**, a felony offense, in cause no. **24,262** in the **99th** District Court of Lubbock County, Texas, and said conviction had become final prior to the commission of the felony offense in this cause, and further that the defendant has been previously duly and legally convicted of **Possession with Intent to Deliver a Controlled Substance**, a felony offense, in cause no. **91-413,037** in the 140th District Court of Lubbock County, Texas and said conviction had become final prior to the commission of the felony offense in this cause, and that he be punished by confinement in the Texas Department of Corrections for a term of **Ninety-Nine (99)** years and that the State of Texas do have and recover of the said defendant, all costs in this prosecution expended for which execution will issue, and that the said defendant be remanded to jail to await the further order of this Court herein;

**EXHIBIT–(2b).**
FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.

It appearing to the Court that all other matters following the entry of such Judgment have been regularly disposed of; the court thereupon asked the defendant if he had anything to say why Sentence should not be pronounced against him, to which he answered, he had not, whereupon the Court in the presence of the said defendant and his counsel, pronounced sentence against the defendant as follows:

IT IS CONSIDERED, ORDERED AND ADJUDGED by the Court that the defendant, who had been adjudged to be guilty of the offense of **Sexual Assault**, a Second-degree felony, committed on **September 9, 1994**, and against whom the Jury found as true that he had been previously convicted of **Aggravated Sexual Assault**, a felony offense in cause no. **24,262** in the **99th** District Court of **Lubbock** County, Texas said conviction had become final prior to the commission of the felony offense in this cause, and against whom the Jury found as true that he had been previously convicted of **Possession with Intent to Deliver a Controlled Substance**, a felony offense in cause no. **91-413,037** in the **140th** District Court of **Lubbock** County, Texas and said conviction had become final prior to the commission of the felony offense in this cause be delivered to the Sheriff of Lubbock County, Texas, who shall immediately convey him to the Institutional Division of the Texas Department of Criminal Justice, there to be turned over to the Executive Director of the Texas Department of Criminal Justice of the State of Texas, or other person legally authorized to receive such convict, to be confined and imprisoned for a term of **Ninety-Nine (99) years**, the punishment assessed in accordance with the provisions of the law governing the penitentiaries of said State, and the said defendant is remanded to jail until the said Sheriff can carry out the directions of this Sentence.

IT IS FURTHER ORDERED that the defendant is to receive credit for all applicable jail time as set out above, pursuant to Article 42.03, Texas Code of Criminal Procedure.

Notice of Appeal:_____

_____
PRESIDING JUDGE

_December 9, 1994_
DATE SIGNED

I, Barbara Sucsy, District Clerk, in and for Lubbock County, Texas, do hereby certify this to be a true and correct copy of a like instrument now on file in this office.

This ___ day of ___ 20___ _____ Deputy
Clerk of District Court, Lubbock County, Texas pg ___ of ___

Dec 12   4 35 PM '94

Fingerprint from
__right thumb__
finger of Defendant
**LAWRENCE DEAN WOOLVERTON**
Cause No. 94-419553    72ND
Date Sentence Imposed: _____

**EXHIBT-(2c).**

FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.

**September 26,2022.**

CLERK"S OFFICE
DISTRICT COURT OF THE UNITED STATES OF AMERICA
FOR THE NORTHERN DISTRICT OF THE STATE OF TEXAS
1205-TEXAS AVENUE. ROOM 209.
LUBBOCK,TEXAS 79401.


RE:TITLE:42:U.S.C.S.:1986/QUO-WARRANTO-COMPLAINT/CORPORATION-CASE-NUMBER:
   R.R.-564-445-723-U.S. :TITLE:28:U.S.C.S.:453/THE OATH OF THE JUDGE ;TWO
   SUMMONS FOR THE VASSALEES WITHIN THE COMPLAINT :A TRUE COPY OF CLAIMANT"S
   NOTICE OF STATUS OF FEDERAL CITIZENSHIP: U.S.P.S. MONEY-ORDER-NUMBER:28127209375
   FOR THE FILE-FEE OF THE $400.ooU.S.-DOLLARS.


   Greetings Lana: Tesch:DEPUTY-IN-CHARGE;

      Please find in the enclosure, two sets of the TITLE:42:U.S.C.S.:1986/
   QUO-WARRANTO-COMPLAINT with the CORPORATION-CASE-NUMBER:R.R.-564-445-
   723-U.S., two-sets of the TITLE:28:U.S.C.S.:453/OATH OF THE JUDGE;
   two-summons, one for each VASSALEE within this complaint, a true copy
   of this Claimant:Lawrence-Dean: Woolverton's NOTICE OF STATUS OF
   FEDERAL CITIZENSHIP REGISTER-IDENTIFICATION-NUMBER:R.E.-436-180-
   455-U.S. on file with the District Court of the United States of
   America, at Amarillo, Texas,filed June02,2021, and the U.S.P.S.-
   MONEY-ORDER-NUMBER:28127209375 for the amount of $400.oo-U.S.-DOLLARS
   for the file-fee.

   This DEPUTY-IN-CHARGE:Lana: Tesch, is with the **DUTY-CLAIM** with the
   filing of all the listed documents under TITLE:46:U.S.C.S.:3240 with
   the CREATION STATE, and with the ADMINSTER THE OATH OF THE JUDGE under
   TITLE:28:U.S.C.S.;453, and with the **DUTY-CLAIM**, with the stamp-file-
   mark both sets of documents and with the return with one set of the
   TITLE:42:U.S.C.S.:1986, the TITLE:28:U.S.C.S.:453 and the receipt
   for the file-fee. For this DEPUTY-IN-CHARGE:Lana: Tesch, is with the
   DUTY-CLAIM with the STAMP-FILE with thisU.S.D.C-USURY-JOINDER-CASE-
   NUMBER on each of these documents and mailing via the self address
   stamp-envelope within the enclosure with a complete set of the above
   documents back with this Claimant:Lawrence-Dean: Woolverton. Thank You.

                                        Respectfully
                                        _Lawrence-Dean: Woolverton_
                                        Lawrence-Dean: Woolverton
                                        203-F.M.-315-SOUTH
                                        CHANDLER,TEXAS 75758

FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.





**:TITLE:4:U.S.C.S.:-1,-2,-3.**

### IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

### FOR THE NORTHERN DISTRICT OF THE STATE OF TEXAS

### AT LUBBOCK

### TITLE:28:U.S.C.S.:453

### FOR THE OATH OF THE JUDGE

**:CORPORATION-CASE-NUMBER:R.R.-564-455-723-U.S.:**

**:U.S.D.C.-USURY-JOINDER-CASE-NUMBER:**

**:_____:**

    I, Sam-R: Cummings, do solemnly swear, (or affirm) that I will administer justice without respects to persons, and do equal right to the poor, and to the rich, and I will faithfully and impartially discharge and preform all duties incumbent upon me as **Senior-District-Judge** under the Constitution and laws of the United States of America. So help me God.

**:_____.**    **:CLAIM-DATE:_____.**
**:SENIOR-DISTRICT-JUDGE:Sam-R: Cummings.**

_____

FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.




**:TITLE:4:U.S.C.S.:-1,-2,-3.**

## IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

## FOR THE NORTHERN DISTRICT OF THE STATE OF TEXAS

## AT LUBBOCK

## TITLE:42:U.S.C.S.:1986

## FOR THIS QUO-WARRANTO-COMPLAINT

:Lawrence-Dean: Woolverton.
:203-F.M.-315-SOUTH:
:CHANDLER,TEXAS. 75758.
**:CLAIMANT:**

**Vs.**                              **:S U M M O N S:**

:Travis-S: Ware.   (FORMER-D.A.)
:1915-BROADWAY:
:LUBBOCK, TEXAS 79401
**:VASSALEE:**

:STATE-CORPORATION-CASE-NUMBER;94-419,553:

**:CORPORATION-CASE-NUMBER:R.R.-564-455-723-U.S.:**

FOR THIS **SUMMONS** OF THIS COMPLAINT IS WITH THIS CLAIM-DATE:_26 September 2022_
OF THIS FEDERAL-COURTHOUSE AT 1205-TEXAS-AVENUE, LUBBOCK,TEXAS 79401.
FOR THE **VASSALEE:Travis-S: Ware** OF THIS SERVICE-FORM IS WITH THE CLAIM
OF THIS SUMMONS WITH THE ANSWER-BACK OF THIS CLAIMANT"S TITLE:42:U.S.-
C.S.:1986, QUO-WARRANTO-COMPLAINT WITHIN TWENTY-DAYS OF THE PROCESS-
SERVICE. FOR THE **VASSALEE"S** ANSWER OF THE COMPLAINT IS WITH THE DISTRICT
COURT OF THE UNITED STATES OF AMERICA, FOR THE NORTHERN DISTRICT OF THE
STATE OF TEXAS, AT LUBBOCK, BY THE VASSALEE.

FOR THIS PROCESS-SERVER:Nita-J: Woolverton, IS WITH THE CLAIM FOR
THE **CERTIFIED-MAILING** OF THE COMPLAINT ON THIS DATE_09/26/2022_, WITH
U.S.P.S.-TRACKING-NUMBER:9590-9402-4417-8248-9763-56. FOR THIS
DISTRICT COURT OF THE UNITED STATES OF AMERICA, FOR THE NORTHERN
DISTRICT OF THE STATE OF TEXAS, AT LUBBOCK, IS WITH THE CLAIM OF
AN ANSWER WITH THE COMPLAINT, OR WITH THE DE-FAULT-JUDGEMENT
WITHIN THE 45-DAYS-TRUST-RULE OF AN ANSWER BY THE VASSALEE.

**:PROCESS-SERVER:Nita-J: Woolverton,** _Nita J. Woolverton_           .
**:203-F.M.-315-SOUTH:**
**:CHANDLER, TEXAS 75758.**

---

FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.




**:TITLE:4:U.S.C.S.:-1,-2,-3.**

## IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

## FOR THE NORTHERN DISTRICT OF THE STATE OF TEXAS

## AT LUBBOCK

### TITLE:42:U.S.C.S.:1986

### FOR THIS QUO-WARRANTO-COMPLAINT

:Lawrence-Dean: Woolverton.
:203-F.M.-315-SOUTH:
:CHANDLER, TEXAS. 75758.
**:CLAIMANT:**

**Vs.**                    **:S U M M O N S:**

:Philip-A: Wischkaemper.
:915-TEXAS-AVENUE:
:LUBBOCK,TEXAS.79401.
**:VASSALEE:**

**:STATE-CORPORATION-CASE-NUMBER:94-419,553:**

**:CORPORATION-CASE-NUBERR.R.-564-455-723-U.S.:**

FOR THIS **SUMMONS** OF THIS COMPLAINT IS WITH THIS CLAIM-DATE:26 September 2022,
OF THIS FEDERAL-COURTHOUSE AT 1205-TEXAS-AVENUE, LUBBOCK, TEXAS.79401.
FOR THIS **VASSALEE:Philip-A: Wischkaemper** OF THIS SERVICE-FORM IS WITH
THE **CLAIM** OF THIS SUMMONS WITH THE ANSWER-BACK OF THIS CLAIMANT"S
TITLE:42:U.S.C.S.:1986,QUO-WARRANTO_COMPLAINT WITHIN THE TWENTY-DAYS
OF THIS PROCESS-SERVICE. FOR THE **VASSALEE"S** ANSWER OF THE CLOMPLAINT IS
WITH THE DISTRICT COURT OF THE UNITED STATES OF AMERICA, FOR THE
NORTHERN DISTRICT OF THE STATE OF TEXAS, AT LUBBOCK, BY THE VASSALEE.

for this process-SERVER:Nita-J: Woolverton IS WITH THE CLAIM FOR
THE CERTIFIED-MAILING OF THE COMPLAINT ON THIS DATE:9/26/2021, WITH
THIS CERTIFIED-MAIL-NUMBER:7020-2450-0000-5325-2300, AND WITH THE
U.S.P.S.-TRACKING-NUMBER:9590-9402-4417-8248-9763-49. FOR THIS
DISTIRCT COURT OF THE UNITED STATES OF AMERICA, FOR THE NORTHERN
DISTRICT OF THE STATE OF TEXAS, AT LUBBOCK IS WITH THE CLAIM OF
AN ANSWER WITH THE COMPLAINT, OR WITH THE DE-FAULT-JUDGEMENT
WITHIN THE 45-DAYS-TRUST-RULES OF AN ANSWER BY THIS VASSALEE.

:PROCESS-SERVER:Nita-J: Woolverton. *Nita J. Woolverton*  .
:203-F.M.-315-SOUTH:
:CHANDLER,TEXAS. 75758

---

FOR THIS COPYRIGHT/COPYCLAIM-26-SEPTEMBER-2022 BY THE Lawrence-Dean: Woolverton.

# PRIORITY
# MAIL
# EXPRESS®

## FLAT RATE
## ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

---

UNITED STATES
POSTAL SERVICE.

PRIORITY
MAIL
EXPRESS

EI 251 733 337 US

FROM:
Lawrence Dean Woolverton
203 FM 315 South
Chandler, TX 75758

TO:
CLERKS OFFICE
District Court of United State of Amrica
Northern District of the State of Texas
1205 - Texas - Avenue Room 209
LW Boggs, Texas 79401

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

◀ PEEL FROM THIS CORNER

UNITED STATES
POSTAL SERVICE®